**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RIDI ORTIZ LOPEZ,

Petitioner,

v.

JEREMY CASE, Senior Warden, Imperial Regional Detention Facility, et. al.

Respondents.

Case No.: 26-cv-4921-BJC-JAC

**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

On August 28, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court adopts the Standard Procedures setting a briefing schedule for this Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: September 2, 2026

Honorable Benjamin J. Cheeks
United States District Judge